BANCO DE PUERTO RICO, como Liquidador del BANCO COMERCIAL DE PUERTO RICO, demandante y apelado, *v.* CRISTÓBAL CRUET CARRASQUILLO y su esposa MARÍA CORNELIA CRUET, demandados y apelantes.

Núm. 7233.—*Sometido:* Junio 17, 1937. *Resuelto:* Julio 31, 1937.

*M. Guzmán Texidor,* abogado de los apelantes; *C. Domínguez Rubio,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF emitió la opinión del tribunal.

El incidente en este caso surgió bajo los hechos del recurso núm. 7276 que acabamos de resolver y envolvía un *injunction.* Hubo una resolución de este tribunal requiriendo al deman-

dado para que mostrara causa por la cual la apelación no debía desestimarse por abandono. El demandado Cristóbal Cruet Carrasquillo replicó que creía haber radicado la transcripción de autos y la elevó. Como la apelación en el caso núm. 7276 ha sido desestimada, la cuestión en éste resulta académica y el mismo debe también ser desestimado.

El Juez Asociado Señor Córdova Dávila no intervino.